[No. 4899.]

## BEAM v. HARRINGTON.

**Appellate Practice—Jurisdiction.**

The supreme court has not jurisdiction to review a judgment of the district court for less than $2,500.00, where no franchise or freehold is involved and the construction of a provision of the constitution of the United States or of this state is not necessary to the determination of the case.

*Appeal from the District Court of Teller County:
Hon. Louis W. Cunningham, Judge.*

Mr. Tully Scott, for appellant.

Mr. V. H. Miller and Mr. Fred L. Shaw, for appellee.

*Per Curiam.*—Judgment was rendered by the district court against Beam in the sum of $225.00. Beam appealed to this court, and the appellee has filed his motion to dismiss the appeal upon the ground that the court is without jurisdiction. It does not appear that a franchise or freehold is involved, or that a construction of a provision of the constitution of the United States or of this state is necessary to a decision; and as the judgment is for less than the sum of $2,500.00, the appeal is dismissed.

*Dismissed.*